IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RYAN CAIN on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME ADVOCATES, INC.<br><br>Defendant. | :<br>:<br>:<br>: Case No. 1:20-cv-12155<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and they intend to file a notice of dismissal within twenty-one days.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on this 17th day of February, 2021 on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich