UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Ryan Cain</u>
  Plaintiff

v.                                              Civil Action No. 20-cv-12155-NMG

<u>Supreme Advocates, Inc.</u>
  Defendant

## SETTLEMENT ORDER OF DISMISSAL

<u>Gorton, D.J.</u>

The Court having been advised by counsel that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within Twenty One (21) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Leonardo T. Vieira
_____

<u>2/18/2021</u>
Date

Leonardo T. Vieira
Docket Clerk